In re: **Robert William PUCKETT,**
**Petitioner.**

No. 03–7175.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 24, 2003.

Decided Feb. 4, 2004.

Robert William Puckett, Petitioner pro se.

Before WIDENER, MOTZ, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert W. Puckett petitions this court for a writ of mandamus directing the district court to act on his 28 U.S.C. § 2255 (2000) motion. Our review of the district court docket sheet in that action reveals that the district court entered a final order on April 22, 2003, denying relief on Puckett's § 2255 motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*PETITION DENIED*